NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

------------------------

**IN RE GERALD M. BENSON AND KENNETH L. SMITH**

------------------------

2012-1663

------------------------

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 09/515,978.

- - - - - - - - - - - - - - - - - - - - - -

**IN RE GERALD M. BENSON AND KENNETH L. SMITH**

------------------------

2012-1664

------------------------

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 11/061,327.

------------------------

**JUDGMENT**

------------------------

SANDRA K. NOVAK, 3M Innovative Properties Company, of St. Paul, Minnesota, argued for appellants.

MARY L. KELLY, Associates Solicitor, Office of the Solicitor, United States Patent and Trademark Office, of Alexandria, Virginia, argued for appellee. With her on the brief were RAYMOND T. CHEN, Solicitor, and BRIAN T. RACILLA, Associate Solicitor.

---

THESE CAUSES having been heard and considered, they are

ORDERED and ADJUDGED:

PER CURIAM (DYK, PROST, and REYNA, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

June 6, 2013                    /s/ Jan Horbaly
   Date                         Jan Horbaly
                                   Clerk